JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY WOOLF,<br><br>              Plaintiff,<br><br>    v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, AND NORTHROP GRUMMAN CORPORATION GROUP BENEFITS PLAN,<br><br>              Defendants. | Case No. 2:19-cv-07353-FLA (KSx)<br><br>**JUDGMENT**<br><br>Bench Trial: May 18, 2021 |

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

    This matter came before the court on bench trial on May 18, 2021. Upon reviewing the parties' trial briefs, the administrative record, and on oral argument of the parties, the court determined that Plaintiff Mary Woolf ("Plaintiff") is entitled to disability benefits for at least the remainder of the approximately seven months of benefits due under the "regular occupation" standard of determining disability. *See* Dkt. 46.

Accordingly, judgment is entered in favor of Plaintiff and against Defendants Unum Life Insurance Company of America ("Unum") and Northrop Grumman Corporation Group Benefits Plan in accordance with the court's Order Following Bench Trial.  Dkt. 46.

The court ORDERS that Unum pay Plaintiff long-term disability benefits from September 27, 2016 to April 22, 2017, with pre-judgment interest at the rate specified in 28 U.S.C. § 1961(a).

Additionally, the court REMANDS the matter to Unum to consider whether Plaintiff was "disabled" under the terms of the policy that apply after the payment of benefits for twenty-four months, under the "regular occupation" standard of disability.

Plaintiff may apply to the court for an award of attorney's fees and recovery of costs of action.

IT IS SO ORDERED.

Dated: October 6, 2021

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge